**AMENDED COMPLAINT**

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

RECEIVED

DEC 07 2023

U.S. District Court
Middle District of TN

Case No. 1:23-cv-00024
*(to be filled in by the Clerk's Office)*

Carlos Farris
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lt. Maddox, Lt. Harris, Adam Buron, Trinity Food, Maury Co. Sheriff's Dept
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Carlos farris
   All other names by which you have been known:
   ID Number:
   Current Institution: Maury Co Jail
   Address: 1300 Lawson White Dr.
   Columbia       TN       38401
   City           State    Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: Lt. Maddox / C/o Sgt Bailey
      Job or Title *(if known)*: Maury Co Sheriffs Dept / head Opn Operation
      Shield Number:
      Employer: Maury Co Sheriffs Dept
      Address: 1300 Lawson White Dr
      Columbia       TN       38401
      City           State    Zip Code
      [X] Individual capacity  [ ] Official capacity

   Defendant No. 2
      Name: Lt. Harris
      Job or Title *(if known)*: Luetinant
      Shield Number:
      Employer: Maury Co Sheriffs Dept
      Address: 1300 Lawson Whti dr
      Columbia       TN       38401
      City           State    Zip Code
      [X] Individual capacity  [ ] Official capacity

Defendant No. 3
Name: Adam Byron
Job or Title (if known): Officers who served trays
Shield Number:
Employer: Maury Co Sheriffs Dept
Address: 1300 Lawson White Jr
Columbia, TN 38401
City / State / Zip Code
[✓] Individual capacity  [ ] Official capacity

Defendant No. 4
Name: Chaplain David Baker
Job or Title (if known): Chaplain - Maury Co Jail
Shield Number:
Employer: Maury Co Jail
Address: 1300 Lawson White Dr.
Columbia, TN 38401
City / State / Zip Code
[✓] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST Amend - Excercise Religion, 8TH Amend 14th = Cruel Unusual Punishment  Religion Retaliation

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. CHAPLIAN DAVID BAKER - failed to let Appropriate Religous Diet. LT.MADDOX, LT.HARRIS, AND C/O Adam Baron working As Correctional Officers forced me to have food outside my Religous vet set forth by Chaplain Baker whether I starved or was forced to eat unclean food unwillingly.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Attached

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Distress, Stomach Pain, Malnutrition

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monetary, Punitive, Emotional Damages of 50,000.ºº or at whatever Amount the Court finds Reasonable. Fix Religious Diet at Maury County Jail.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Maury Co Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

all claims

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

Kiosk

2. What did you claim in your grievance?

failure to supply religious tray

3. What was the result, if any? WAS Given homemade Disgusting Bean Patty every day with Raw veggies

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appealed All

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) tyrilly food
   Defendant(s) kuwy Sutt

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number
   1:23-cv-00024

4. Name of Judge assigned to your case
   Judge Holmes

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   to Send Amended Complaint

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/04/2023

Signature of Plaintiff: *Carlos M. Farris*
Printed Name of Plaintiff: Carlos M. Farris
Prison Identification #: 00391233 or 22171
Prison Address: 1300 Lawson White dr.
Columbia    TN    38401
*City*    *State*    *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____    _____    _____
*City*    *State*    *Zip Code*
Telephone Number: _____
E-mail Address: _____

★ IV.

A. ON or Around Feb. I REQUESTED
B. FOR A Religous Diet through Chaplain Baker. Chaplain Baker is Responsible for Religous Diets @ Maury Co JAIL.

ON or Around March AS A form Retaliation AND Cruel AND Unusual Punishment After I filed Numerous Grievances ABOUT my Religous Diet to Lt. MADDOX AND Lt. HARRIS (who Are over Operations and Trinity Food who Are employed by these officer(s)

ON MARCH 7th they feed me UNCLEAN AND UNHOLY meat that went Against my Religous law of the GNOSTIC Hebrew located in the King James Bible in Chapter 1 Verse 29 of Genesis. Which Consist of fruit, Vegtables, AND Fish ONLY.

See Also The Book of Jubilee's. After 40 days of Starving And MAlNutrition. LT. HARRIS finally got the kitchen (trinity food) Lacey And Scott whom to Jail will not give me their last names to serve A Gnostic Hebrew Diet. As Another form of Retaliation And Cruel And Unusual Punishment For Requesting A Religous tray Lt. MADDOX, Chaplain Baker AND Trinity food Employers Lacey AND Scott force me to eat the same tray every day. (BEAN PATTY, 2 Sices of white bread, 1 Slot of RAW Veggies (Carrots or Corn) Since March to Now (H. Maddox #1 C/O)

On March 17th 2023 C/O Baltimore told me they found out the food that they fed me contained meat (turkey) AND was NOT Soy meat. After this incident I was sick for weeks AND was seen by the Nurse Vanessa.

On or Around March I've filed numerous grievances for not being aloud to have a prayer Rug, Prayer Oil or Being Able to Excersise my Religion. I've suffered emotionaly & Physically Mentally and Spiritually.

Lt. Maddox has Denied Me these Rights. And Chaplern David Bakerbecause they go Against their Christan Beliefs.

On 11-20-23 Maury Co Jail as a form of punishment are giving me my mail late. Violating my Rights.

On or Around March I was Denied Hot meals all thru March And April due to kitchen construction. Lt. Maddox denied these hot meals or failed to provide them.

Carlos M. Farris
#391233
Maury County Jail
1300 Lawson White Dr.
Columbia, TN 38401



**RECEIVED**
DEC 07 2023
U.S. District Court
Middle District of TN

Clerk, U.S District Court
middle District of TN
719 Church Street, suite 1300
Nashville TN 37293
official Business

