| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Carlos M. Farris | COURT CASE NUMBER<br>1:23CV00024 |
|---|---|
| DEFENDANT<br>Maury Co Jail | TYPE OF PROCESS<br>Summons/Complaint |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  TRINITY Food - Kitchen Steward Kacy
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carlos Farris, 1300 Lawson White Dr.
Columbia, TN 38401

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE
10/29/22

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1-6 | District of Origin<br>No. 75 | District to Serve<br>No. 75 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/4/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date 4/22/24  Time 2:12 pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
4/4/2024 - Sent by certified mail.
4/11/2024 - Accepted service.

RETURN COPY

Form USM-285
Rev. 03/21

Case 1:23-cv-00024    Document 29    Filed 04/24/24    Page 1 of 16 PageID #: 207

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

RECEIVED
APR 1 0 2024
MAURY COUNTY SHERIFF DEPT.

Carlos Farris
_____
Plaintiff

v.

Maury Co Jail
_____
Defendant

Civil Action No. 1:23 cv 00024

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trinity Food / Kitchen Steward Kacey
1300 Lawson White Dr.
Columbia, TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/05/24

_____
Signature of Clerk or Deputy Clerk

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kacey Allen__

was received by me on *(date)* __4-11-24__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I scanned and emailed a copy to Casey Allen at Casey.Allen@trinctr servicegroup.com. Casey was also contacted by phone

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4-11-24__.

__Brandon Park #107__
*Server's signature*

__Lt. Brandon Park__
*Printed name and title*

__1300 Lawson White dr.__
*Server's address*

Additional information regarding attempted service, etc:

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

MAURY COUNTY JAIL
ATTN: SHERIFF BUCKY ROWLAND
113 LAWSON WHITE DRIVE
COLUMBIA, TN 38401

9590 9402 8520 3186 6396 16

9589 0710 5270 1268 0760 70

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_ ☑ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Carlos M. Farris | COURT CASE NUMBER: 1:23 cv-00024 |
| DEFENDANT: Maury Co Jail - Lt. Harris | TYPE OF PROCESS: Summons - Complaint |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Lt. Harris - Maury Co Jail
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1300 Lawson White Dr, Columbia, TN 38401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Carlos Farris, 1300 Lawson White Dr, Columbia, TN 38401

- Number of process to be served with this Form 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [✓] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER:
DATE: 12/29/23

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 6-6 | District of Origin No: 1 | District to Serve No: 1 | Signature of Authorized USMS Deputy or Clerk: Maurie Lehow | Date: 4/4/2024 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [✓] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 4/22/2024  Time: 2:12 [✓] pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: Maurie Lehow, HO

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**
4/4/2024 - Sent by certified mail.
4/11/2024 - Accepted service

RETURN COPY

Form USM-285
Rev. 03/21

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED
2024 APR 18 PM 3:33
U.S. MARSHAL'S SERVICE
MIDDLE DISTRICT OF TENNESSEE

RECEIVED
APR 10 2024
MAURY COUNTY SHERIFF DEPT.

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Carlos Farris
*Plaintiff*

v.

Maury County Jail
*Defendant*

Civil Action No. 1:23cv00024

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lt. Harris
1300 Lawson White Dr.
Columbia, TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/05/24



*Signature of Clerk or Deputy Clerk*

Case 1:23-cv-00024    Document 29    Filed 04/24/24    Page 6 of 16 PageID #: 212

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Lt. Brandon Harris__
was received by me on *(date)* __4-11-24__.

☑ I personally served the summons on the individual at *(place)* __1300 Lawson White dr.__
on *(date)* __4-11-24__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __4-11-24__

_Brandon Park #107_
Server's signature

_Lt. Brandon Park_
Printed name and title

_1300 Lawson White dr._
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

MAURY COUNTY JAIL
ATTN: SHERIFF BUCKY ROWLAND
113 LAWSON WHITE DRIVE
COLUMBIA, TN 38401

9590 9402 8520 3186 6396 16

9589 0710 5270 1268 0760 70

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ d Mail
☐ d Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: CARLOS M. FARRIS | COURT CASE NUMBER: 1:23 CV 000024 |
| DEFENDANT: LT. RODGER MADDOX / Maury Co. JAIL | TYPE OF PROCESS: Complaint, Summons |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: LT. RODGER MADDOX - Maury County Jail
ADDRESS: 1300 Lawson White Dr., TN 38401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Carlos M. Farris
1300 Lawson White Dr.
Columbia, TN 38401

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
DATE: 12/29/23

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

Total Process: 2-6
District of Origin No.: 5
District to Serve No.: 5
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 4/4/2024

☒ have executed as shown in "Remarks"

Date: 4/22/2024   Time: 2:12 pm

Signature of U.S. Marshal or Deputy: [signature]

**REMARKS:**
4/4/2024 - Sent by certified mail.
4/11/2024 - Accepted service.

RETURN COPY

Form USM-285 Rev. 03/21

RECEIVED
2024 APR 18 PM 3:33
U.S. MARSHALS SERVICE
DISTRICT MIDDLE TENNESSEE

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

RECEIVED
APR 10 2024
MAURY COUNTY SHERIFF DEPT.

Carlos farris
_____
Plaintiff

v.

Maury Co Jail / Trinity food
_____
Defendant
et al.

Civil Action No. 1:23cv000024

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lt. Rodger Maddox
1300 Lawson White Dr.
Columbia, TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/05/24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Roger Maddox__

was received by me on *(date)* __4-11-24__ .

☑ I personally served the summons on the individual at *(place)* __1300 Lawson White dr.__
on *(date)* __4-11-24__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __4-11-24__

__[signature] #107__
Server's signature

__Lt. Brandon Park__
Printed name and title

__1300 Lawson White dr.__
Server's address

Additional information regarding attempted service, etc:

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

MAURY COUNTY JAIL
ATTN: SHERIFF BUCKY ROWLAND
113 LAWSON WHITE DRIVE
COLUMBIA, TN 38401

9590 9402 8520 3186 6396 16

9589 0710 5270 1268 0760 70

PS Form 3811, July 2020 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

address different from item 1? ☐ Yes
er delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| Field | Value |
|---|---|
| PLAINTIFF | Carlos M. Farris |
| COURT CASE NUMBER | 1:23 cv 00024 |
| DEFENDANT | Maury-Co Jail |
| TYPE OF PROCESS | Summons/Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Trinity Food
ADDRESS: 1300 Lawson White drive Columbia TN, 38401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Carlos M. Farris
1300 Lawson White drive
Columbia TN, 38401

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF

---

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY

I acknowledge receipt for the total number of process indicated.
Total Process: 3-6
District of Origin No.: 5
District to Serve No.: 5
Signature of Authorized USMS Deputy or Clerk: Maurice Lohan
Date: 4/4/2024

☑ have executed as shown in "Remarks"

Date: 4/22/2024   Time: 2:12 pm

Signature of U.S. Marshal or Deputy: Maurice Lohan, AO

**REMARKS**
4/4/2024 - Sent by certified mail.
4/11/2024 - Accepted service

RETURN COPY

Form USM-285
Rev. 03/21

RECEIVED
2024 APR 18 PM 3:33
U.S. MARSHALS SERVICE
(075) MIDDLE TENNESSEE

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

RECEIVED
APR 10 2024
MAURY COUNTY SHERIFF DEPT.

Carlos Farris
*Plaintiff*

v.

Maury Co Jail
*Defendant*

Civil Action No. 1:23 cv 00024

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trinity Food - Maury Co Jail
1300 Lawson White Dr.
Columbia, TN 38401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/05/24

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Trinity Food**
was received by me on *(date)* **4-11-24**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **I scanned and emailed a copy to Trinity employee (manager) Kasey Allen at Casey.Allen@trinityservicegroup.com. Kacey was also Contacted by phone**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4-11-24**

_____ **#107**
Server's signature

**Lt. Brandon Park**
Printed name and title

**1300 Lawson White dr.**
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

MAURY COUNTY JAIL
ATTN: SHERIFF BUCKY ROWLAND
113 LAWSON WHITE DRIVE
COLUMBIA, TN 38401

9590 9402 8520 3186 6396 16

9589 0710 5270 1268 0760 70

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☒ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt