# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# AT COLUMBIA

| | |
|---|---|
| CARLOS M. FARRIS | ) |
| | ) |
|     Plaintiff, | ) CASE NO. 1:23-cv-00024 |
| | ) |
| v. | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| MAURY COUNTY JAIL, et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

Sean C. Wlodarczyk of Evans, Jones & Reynolds, PC, hereby gives notice of his appearance as counsel of record for Defendant Trinity Food Services.

    Respectfully submitted,

    */s/ Sean C. Wlodarczyk*
    Sean C. Wlodarczyk (#30410)
    EVANS, JONES & REYNOLDS
    401 Commerce St. Ste. 710
    Nashville, TN 37219
    Swlodarczyk@ejrlaw.com
    P: (615) 259-4685

    *Attorneys for Defendant Trinity Food Services*

1

**CERTFICATE OF SERVICE**

      I hereby certify that, on this date a true and correct copy of the foregoing document has been served via the Court's ECF Filing System and/or U.S. Mail on the following:

| | |
|---|---|
| Carlos M. Farris<br>#391233<br>Bledsoe County Correctional Complex<br>1045 Horsehead Road<br>Pikeville, TN 37367<br>*Pro Se Plaintiff* | Robin Beale Williams<br>12 Cadillac Dr. Ste. 480<br>Brentwood, TN 37207<br>rwilliams@fbb.law<br><br>*Counsel for Roger Maddox, David Barker, and Brandon Harris* |
| Kitchen Steward Kacey<br>Maury County Jail<br>1300 Lawson White Drive<br>Columbia, TN 38401<br>*Defendant* | |

This 18th day of July 2024.

                                                */s/ Sean C. Wlodarczyk*
                                                Sean C. Wlodarczyk, Esq.

2

Case 1:23-cv-00024    Document 43    Filed 07/18/24    Page 2 of 2 PageID #: 268