IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| CARLOS FARRIS #391233, ) ) ) | |
| Plaintiff, ) ) | Case No.: 1:23-cv-00024 |
| v. ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| DAVID BAKER, ET AL. ) ) | |
| Defendants. ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION
FILED ON BEHALF OF DEFENDANTS MADDOX, BAKER, AND HARRIS**

Defendants Maddox, Baker, and Harris, by and through undersigned counsel, hereby responds to the motion for extension filed by Plaintiff Farris. (D.E. 44).

Plaintiff Farris initially requests this Court to grant an extension to respond to discovery that was mailed to him on July 8, 2024. Plaintiff cites his transfer and inability to use the legal library.[1] No direct communication was made by Plaintiff to undersigned counsel seeking such request, but these defendants are certainly willing to provide Mr. Farris with an extension without the Court's intervention. As such, these defendants assert that the request has not complied with local rules and should be denied.

Plaintiff Farris also requests an extension of thirty days to respond to the Motion to Dismiss which was filed on June 21, 2024, on behalf of the Sheriff's Department. (D.E. 38). However, this Court has already ruled on that motion finding that the Court

---

[1] The interrogatories, however, do not require use of legal research to answer. They are simply factual questions as to information within the knowledge of Mr. Farris.

1

previously determined that no colorable claim existed against the Sheriff's Department and that it is not a proper party to this action. (D.E. 41). As such, the motion to dismiss is no longer pending before this Court. Accordingly, these defendants also request that the motion for an extension to respond to the motion to dismiss likewise be denied as moot.

Respectfully submitted,

*/s/ Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
**FARRAR | BATES | BEREXA**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37207
Phone: 615-254-3060
Fax: 615-254-9835
rwilliams@fbb.law
*Counsel for Roger Maddox, David Baker, and Brandon Harris*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 19th day of August, 2024, a true and correct copy of the foregoing has been forwarded via the Courts electronic filing system, to:

| | |
|---|---|
| Carlos M. Farris<br>#391233<br>Bledsoe County Correctional Complex<br>1045 Horsehead Road<br>Pikeville, TN  37367<br>*Pro Se Plaintiff* | Alexander B. Chosid<br>TKC Holdings<br>10880 Lin Page Boulevard<br>St. Louis, MO 63132<br>Phone: 314-214-2806<br>Alex.Chosid@tkcholdings.com<br>*Counsel for Trinity Food Services* |
| Kitchen Steward Kacy<br>Trinity Food Services<br>Maury County Jail<br>1300 Lawson White Drive<br>Columbia, TN  38401<br>*Defendant* | Sean C. Wlodarczyk (#30410)<br>EVANS, JONES & REYNOLDS<br>401 Commerce St. Ste. 710<br>Nashville, TN 37219<br>Swlodarczyk@ejrlaw.com<br>P: (615) 259-4685<br>*Attorney for Defendant Trinity Food Services* |

/s/ Robyn Beale Williams
Robyn Beale Williams