# UNITED STATES DISTRICT COURT
## for the
## Middle District of Tennessee
## at Columbia

RECEIVED AUG 28 2024 US DISTRICT COURT MID DIST TENN

Carlos Farris,

    Plaintiff,

v.                                                    Case No.:   1:23-CV-00024-WLC-BDH

David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,

    Defendants.

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

I Carlos M.Farris #391233 ask the Court for attention of time to answer the Interrogatories and to receive the documentation I need from the defendants of the names of people ,times and dates & names of companies. This I ask of the courts on the grounds of all mail concerning this case I am receiving pass the time given by the courts due to the mail going to the wrong address .i am a TDOC inmate and my address is on file and the defendants have ways of locating me but still presist on sending mail to the wrong address I have submitted my change of address yet again as of this day. August 16-2024, my address is  Carlos M. Farris, #391233,   2520 Union Springs Rd.

Respectfully submitted,

_____
Carlos M. Farris, #391233
2520 Union Springs Rd.
Whiteville, TN  38075

## Certificate of Service

I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN  37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO  63132.

                                                              Carlos Farris



Carlos Farris
I/M# 00391233
HCCF/Unit-L/Pod-D/Cell-106
2520 Union Springs Road
Whiteville, TN 39075

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN

**Court Clerk**
**United States District Court**
**Middle District of Tennessee**

719 Church Street
Suite 1300
Nashville, TN 37203

**LEGAL MAIL**