# UNITED STATES DISTRICT COURT
## for the
## Middle District of Tennessee
## at Columbia

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN

Carlos Farris,

    Plaintiff,

v.                                           Case No.:   1:23-CV-00024-WLC-BDH

David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,

    Defendants.

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

I, Carlos M. Farris, am now located at H.C.C.F., 2520 Union Springs Rd., Whiteville, TN, 38075. I have been receiving letters pass the time limit due to the courts letters and defendants letters being sent to 1045 Horsehead Rd., Pikeville, TN, 37367.

                                                  Respectfully submitted,

                                                  */s/ Carlos Farris*

                                                  Carlos M. Farris, #391233
                                                2520 Union Springs Rd.
                                                Whiteville, TN  38075

## Certificate of Service

      I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN  37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO  63132.

                                                 /s/ Carlos Farris
                                                 Carlos Farris

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN



Carlos Farris
I/M# 00391233
HCCF/Unit-L/Pod-D/Cell-106
2520 Union Springs Road
Whiteville, TN 39075

Court Clerk
United States District Court
Middle District of Tennessee

719 Church Street
Suite 1300
Nashville, TN 37203

**LEGAL MAIL**