# UNITED STATES DISTRICT COURT
## for the
## Middle District of Tennessee
## at Columbia

Carlos Farris,

    Plaintiff,

v.                                Case No.:  1:23-CV-00024-WLC-BDH

David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,

    Defendants.

**RECEIVED AUG 28 2024 US DISTRICT COURT MID DIST TENN**

## PLAINTIFF'S MOTION FOR ASSISTANCE OF COUNSEL

I have a special education diploma issued on December 19,2023. from Spring Hill High school, in Columbia Tn 38401 .and my understanding and comprehension it is almost impossible for me to answer the questions instructed by the courts and defendants due to lack of understanding. Like a handicapped person in a wheel chair that needs a ramp to access building with stairs I to need help. I Carlos M. Farris #391233 ask the Court for help I am put at a disadvantage an am unable to fight my case properly without it .

Also attached Plaintiff education report.

Respectfully submitted,

*/s/ Carlos Farris*

Carlos M. Farris, #391233
2520 Union Springs Rd.
Whiteville, TN 38075

## Certificate of Service

I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN 37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO 63132.

_____
Carlos Farris

# Offender Education



Links ▾   Suspend ☐

| 00391233 | Farris, Carlos M. | us  ACTV  Location  HCCF |

Reset key fields          Detail          Comments

Inquire

 :h

M  ify

U   te

**School / Site Name**   Springhill High School

**Start Date**              **End Date**   12/19/2003

```
*********** DEGREE TEXT AND COMMENTS CONVERTED 09/13/2010 ***********
* OFFENDER REPORTED DEGREE TEXT - DIPLOMA
*       VERIFIED DEGREE TEXT - 03/17/2009
* SPECIAL EDUCATION DIPLOMA ISSUED ON DECEMBER 19, 2003. VERIF
* IED BY PAUL RAINWATER, ADMIN. ASSISTANT AT STATE OF TN. ENTE
* RED BY MORRLI02, WCFA.
*
*********** END OF CONVERTED DEGREE TEXT AND COMMENTS ***************
```

FastPath
[     ]  Go

Bottom Of List

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN



Carlos Farris
I/M# 00391233
HCCF/Unit-L/Pod-D/Cell-106
2520 Union Springs Road
Whiteville, TN 39075

Court Clerk
United States District Court
Middle District of Tennessee

719 Church Street
Suite 1300
Nashville, TN 37203

**LEGAL MAIL**