# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee
at Columbia

RECEIVED AUG 28 2024 US DISTRICT COURT MID DIST TENN

Carlos Farris,

    Plaintiff,

v.                                  Case No.:  1:23-CV-00024-WLC-BDH

David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,

    Defendants.

## MOTION TO RECONSIDERED

    I, Carlos M. Farris, respectfully comes to moves to reject the courts denial and claims that the Maury County jail/sheriffs department are in fault on the grounds of the individuals had to abide by the maury county Sheriffs Department's policy .Therefore you can not separate the individuals from the facility that the individuals operate under . Separating the individuals from the facility or company would not be right by law . I respectfully ask the courts to reconsider its previous ruling and issue the new ruling and move this case forward .Maury county sheriffs department are liable for this lawsuit brought fourth by the plaintiff ,and not only in their individual compacities

Plaintiff's, Carlos M, Farris # 391233

Respectfully submitted,

*[signature: Carlos M. F...]*

                                    Carlos M. Farris, #391233
                                    2520 Union Springs Rd.
                                    Whiteville, TN  38075

**Certificate of Service**

2.

      I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN  37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO  63132.

*[signature: Carlos F...]*
                                      Carlos Farris

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN



Carlos Farris
I/M# 00391233
HCCF/Unit-L/Pod-D/Cell-106
2520 Union Springs Road
Whiteville, TN 39075

Court Clerk
United States District Court
Middle District of Tennessee

719 Church Street
Suite 1300
Nashville, TN 37203

**LEGAL MAIL**