# UNITED STATES DISTRICT COURT
### for the
## Middle District of Tennessee
### at Columbia

RECEIVED

AUG 2 8 2024

US DISTRICT COURT
MID DIST TENN

**Carlos Farris,**

    **Plaintiff,**

**v.**                                   **Case No.:   1:23-CV-00024-WLC-BDH**

**David Baker, Adam Boron, F/N/U Kacy,**
**Lt. F/N/U Harris, Lt. F/N/U Maddox,**
**F/N/U Scott, Trinity Food Services,**

    **Defendants.**

### PLAINTIFF'S ANSWER TO PRODUCTION OF DOCUMENTS

Genesis 1:29 And Elohim said , see I have given you every plant that yields seed which is on the face of all the earth and every tree  whose fruit yield see to you it is for food .

1 COR 15 :39 All flesh is not the same but there is one of men the human and another flesh of beasts , and another of fish  and another of bird.

Gal 5:13 For you brothers have been called to freedom only do not use your freedom as a occasion for the flesh ,but through love serve one another .                    Phili 3:2-4 Look out for the dogs ,look out for the evil  workers .look out for the mutilation! For we are the circumcision ,who are serving Elohim in the spirit boasting in the messiah Immanuel Yahshua Christ and do not trust in the flesh .

Jude 1:22-23 And show compassion, towards some who are doubting but others save with the fear snatching them out of the fire ,hating even the garment defiled by the flesh.

Isa 52:10-11 Yahweh Aravat Hashem Shall lay bare his set apart arm in the eyes of all the nation. And all the ends of the earth shall see the deliverance of our Elohim turn aside ,turn aside ,come out of her midst ,be clean you who bear the vessels of Yahweh.

Lev 11:40-46 Any one who eats of a carcass has to wash his garments .and shall be unclean until evening and he who picks up its carcass has to wash his garments and shall be unclean until evening and every swarming creature, the one that swarms on the earth is an abomination ,it is not to be eating, and whatever crawls on its stomach , and whatever goes on all fours .and whatever has many feet among all swarming creatures the ones swarming on the earth these you do not eat for they are an abomination. For I am Yahweh Hashem Aravat Elohim and you shall set yourselves apart, and you shall be set apart , for I am set apart. And do not defile yourselves with these ,the ones creeping on the earth. This is written in the Torah, of the beast and birds and every living being the the creeping creature in the water and of every being that swarms on the earth. To make a distinction between the unclean and the clean.

. This is based on (God's) law " and other reasons the vast amount of chemicals used to produce meats and poultry also has effect on our chemical response in the body .the improper digestion of meats alone causes a chemical imbalances in the body that may result in mental health diagnosis .our bodies were not constructed to digest animal flesh therefore most meat eaters store undigested meat in there colon and the spoilage of this animal flesh creates chemical imbalances that lead to mental and physical disease, ext these findings are founf in the book the Covenant p.67 backing verses Gen ix:I-17 and The Dead Sea Scrolls p.478 And Yahweh Aravat Hashem put man on earth to rule over it and to eat the fruits of the ground .with out eating from the tree of knowledge of good and evil .he rose against them, and they the people for got with a evil inclination and for the deeds of there selfish desire.

# THE HOLY PRAYER OF DEVOTION,AND INVOKING THE MOST HIGHS HOLY NAME OF THE FATHER YAHWEH ARAVAT HASHEM AND THE ANOINTED KING AND HIGH PRIEST,THE MESSIAH.

## THE HIDDEN CODE

   I Sealtiel(call) on the Holy name of Yahweh Aravat Hashem Elohim. My El. Shemhamephorash,to the one that holds the seven stars in his right hand,who walks in the midst of the seven golden lamp stands:THE FIRST and THE LAST who was dead and came to life ,he who has the sharp two edge sword .the Son of Yahweh Aravat Hashem who has eyes like a flame of fire ,and HIS feet are like fine brass. HE who has the seven spirits of Yahweh Aravat Hashem and the seven stars , he who is holy HE who is true and he who has the key of David. The  one who opens and no one can shut, and he who shuts and no one can open .The Amen, the faithful and true wittiness the beginning of the creation of Yahweh Aravat Hashem . Come forth my lord Immanuel Yahshua .Come forth my Messiah. Come forth to the aid of your servant ,,In this matter, All praise is yours thank you for all your many blessings

Amen amen
**- 2024 Appointed times of  Yahweh Aravat Hashem according to The holy scripture-
Fasting Days**

Lev .23
 ,Spring feast -pesah ( passover ) ,
Matzot ( Unleavened bread ) and first fruits.
Pesah v.5- celebrated  from Nisan 14 or April 22.
Motzot  v.6-8 celebrate from nisan 15- Nisan 21
or April 23- April 29
eat unleavened bread for seven days
the first and last days are sabbaths
and we are to have a set apart gathering on those days
First Fruits v.9-14 celebrateed on Nisan 16 or April 24th
we are to bring an offering of Fasting to Yahweh Aravat Hashem.

-Summer Feast -Shavvot (pentcoost)
 Feast of  the weeks shavvot v.15-22
celebrated on sivan 6 or June 12,
bring an offering to Yahweh Aravat Hashem
this is our sabbath and we are tp have a set apart gathering

-Fall Feast-Yom Teruah  (trumpets)Yom Kippur
(days of Atonement )
(sukkot feast of tabernacles )
yom teruah- v.23-25 celebrated on Tishri 1 or oct.3 this day is a sabbath
of rest and a set apart day
neither of these days I was able to fast properly because I could not be fed before sun up and after sun down. I was told by the Lt.Brandon Harris and Lt. Maddox that they could not accommodate my religion and if I fasted I would just have to miss the meals. but yet at the same time they allowed Muslims to fast threw the month of Rommadon and other religions didn't have to miss there meals they were fed before sun rise and after sunset.

Respectfully submitted,

Carlos M. Farris, #391233
2520 Union Springs Rd.
Whiteville, TN  38075

## Certificate of Service

I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN  37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO  63132.

Carlos Farris

RECEIVED

AUG 28 2024

US DISTRICT COURT
MID DIST TENN



FIRST-CLASS

US POSTAGE
ZIP 33075 $ 002.87⁰
02 7W
0008031064 AUG 21 2024

Carlos Farris
I/M# 00391233
HCCF/Unit-L/Pod-D/Cell-106
2520 Union Springs Road
Whiteville, TN  39075

**Court Clerk
United States District Court
Middle District of Tennessee**

719 Church Street
Suite 1300
Nashville, TN  37203

# LEGAL MAIL