UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee
at Columbia

Carlos Farris,

    Plaintiff,

v.                                         Case No.: 1:23-CV-00024-WLC-BDH

David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,

    Defendants.

## PLAINTIFF'S RESPONSE AND ANSWER TO THE DEFENDANTS INTERROGATORIES

1. Carlos M. Farris

2. David Baker, Adam Boron, F/N/U Kacy, Lt. F/N/U Harris, Lt. F/N/U Maddox, F/N/U Scott, Trinity Food Services, but other than these names I was not privileged to other inmate names that where there during my incarceration at maury couny jail nor there address so I am not able to subpoena other witnesses on my behalf.this is due to the privacy act policy at maury county jail.

3. I can not answer this question due to the fact as a inmate I was not privileged to the personnel information of the staff members nor the names of each physician , or nurse practitioner, nor the hospital ,or clinic , including mental health practitioners or there there jail medical personnel who treated me during the time of this complaint but I have

submitted a motion to the defendants to acquire them .

4. .Dates of my arrest 2022 -2024

    .Maury County TN 38401

    .case # 2022cr30062 & 2019cr27612

    .I was sentenced to (1) One year sentences on P.O.V And One years convective for new charges

5. Itemize all damages in the claim -

    I suffered wantonness of 24 hour hunger pains.

    I suffered being Mental Anguish.

    I suffered retaliation and daily fear of retaliation .

    I suffered neglect-the gave little or no regard to my religion or to the fact that I was denied food due being unable to eat what was served because of my religious diet.

    I suffered Cruel and unusual punishment.

6.NO

7.NO

8. As a inmate at Maury county jail/ sheriffs department I was not privileged to staff's personnel, information . Including any physician ,or nurse practitioner, or physician's assistant, psychiatrist, and psychologist,that provided services to me during over the time period of (10) years .

9. The Gnostic Temple Of Truth, The House Of Yahweh, and The study of Ancient Gnosticism Via . The chapel of Ben Yahweh, Gnosis Of The Hidden Truth

10. C.o f/n/u Booker I call as a eye witness on my behalf. As to the facts of the case of my religion and to the fact I was repeatedly denied my religious rites for worship and

2

Case 1:23-cv-00024    Document 53    Filed 08/28/24    Page 2 of 4 PageID #: 303

religious dietary trays.

Joshua Covell to the facts that he also was an eye witness to the days and times when the defendants did the things in my complaint.

Respectfully submitted,

_____
Carlos M. Farris, #391233
2520 Union Springs Rd.
Whiteville, TN 38075

### Certificate of Service

I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN 37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO 63132.

_____
Carlos Farris

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN



Carlos Farris
I/M# 00391233
HCCF/Unit-L/Pod-D/Cell-106
2520 Union Springs Road
Whiteville, TN 39075

Court Clerk
United States District Court
Middle District of Tennessee

719 Church Street
Suite 1300
Nashville, TN 37203

**LEGAL MAIL**