UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee
at Columbia

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN

**Carlos Farris,**

    **Plaintiff,**

v.                                       Case No.: 1:23-CV-00024-WLC-BDH

**David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,**

    **Defendants.**


### SUBPOENA FOR JOSHUA COVELL ON THE BEHALF OF PLAINTIFF

I call you to appear in the evidentiary hearing at 10:am Thursday, February 20,2025 in courtroom no. 3D Fred Thompson U.S courthouse, **719 Church street, Nashville Tennessee,** before Magistrate judge in regarding to the plaintiffs claims in this matter.

Of Mr. Carlos M. Farris being discriminated against because of his religion this includes him not being fed on more the one occasion .including the reports he made to each c.o and staff member that was set over him.

Respectfully submitted,

Carlos M. Farris, #391233
2520 Union Springs Rd.
Whiteville, TN 38075

1

## Certificate of Service

    I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN 37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO 63132.

                                                  _____
                                                  Carlos Farris

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Tennessee
### at Columbia

RECEIVED AUG 28 2024 US DISTRICT COURT MID DIST TENN

Carlos Farris,

    Plaintiff,

v.                                        Case No.: 1:23-CV-00024-WLC-BDH

David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,

    Defendants.

## SUBPOENA FOR CORY TIDWELL ON THE BEHALF OF PLAINTIFF

I call you to appear in the evidentiary hearing at 10:am Thursday, February 20,2025 in courtroom no. 3D Fred Thompson U.S courthouse, **719 Church street, Nashville Tennessee,** before Magistrate judge in regarding to the plaintiffs claims in this matter.

Of Mr. Carlos M. Farris being discriminated against because of his religion this includes him not being fed on more the one occasion .including the reports he made to each c.o and staff member that was set over him.

Respectfully submitted,

                                                          */s/ Carlos Farris*
                                                          Carlos M. Farris, #391233
                                                          2520 Union Springs Rd.
                                                          Whiteville, TN 38075

## Certificate of Service

    I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN 37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO 63132.

_____
Carlos Farris

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Tennessee
### at Columbia

RECEIVED AUG 28 2024 US DISTRICT COURT MID DIST TENN

Carlos Farris,

    Plaintiff,

v.                                              Case No.:   1:23-CV-00024-WLC-BDH

David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,

    Defendants.


### SUBPOENA FOR C.O F/N/U BOOKER ON THE BEHALF OF PLAINTIFF


I call you to appear in the evidentiary hearing at 10:am Thursday , February 20,2025 in courtroom no. 3D Fred Thompson U.S courthouse, **719 Church street , Nashville Tennessee ,** before Magistrate judge in regarding to the plaintiffs claims in this matter .

Of Mr. Carlos M. Farris being discriminated against because of his religion this includes him not being fed on more the one occasion .including the reports he made to each c.o and staff member that was set over him .


Respectfully submitted,

                                                    */s/ Carlos M. Farris*
                                                    Carlos M. Farris, #391233
                                                    2520 Union Springs Rd.
                                                    Whiteville, TN  38075

**Certificate of Service**

  I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN 37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO 63132.

_____
Carlos Farris

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN



Carlos Farris
I/M# 00391233
HCCF/Unit-L/Pod-D/Cell-106
2520 Union Springs Road
Whiteville, TN 39075

Court Clerk
United States District Court
Middle District of Tennessee

719 Church Street
Suite 1300
Nashville, TN 37203

**LEGAL MAIL**