RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN

UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee
at Columbia

Carlos Farris,

    Plaintiff,

v.                                                        Case No.:   1:23-CV-00024-WLC-BDH

David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,

    Defendants.

## PLAINTIFF'S MOTION FOR COPY OF COMPLIANT FILED AGAINST THE DEFENDANTS

Due to the fact that during the transfer form Bledsoe C.C.F, To H.C.C.F all my legal documents were threw away because they were writing out by hand. I've asked the warden threw grievances to replace them ive even put in a lost of property form .But I have yet to get a reply. I Carlos M.Farris #391233 ask the Court for a copy of my submitted complaint against the defendants on the grounds of all my legal documents were threw away in the transfer from Bledsoe C.C.F by the C.O's and with out a copy of this complaint I am put at a disadvantage an am unable to fight my case properly.

                                        Respectfully submitted,

                                        _/s/ Carlos M. Farris_
                                        Carlos M. Farris, #391233
                                        2520 Union Springs Rd.
                                        Whiteville, TN  38075

Certificate of Service

I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN 37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO 63132.

_____
Carlos Farris

2

Case 1:23-cv-00024    Document 55    Filed 08/28/24    Page 2 of 3 PageID #: 314

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN



Carlos Farris
I/M# 00391233
HCCF/Unit-L/Pod-D/Cell-106
2520 Union Springs Road
Whiteville, TN 39075

Court Clerk
United States District Court
Middle District of Tennessee

719 Church Street
Suite 1300
Nashville, TN 37203

**LEGAL MAIL**