UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee
at Columbia

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN

Carlos Farris,

    Plaintiff,

v.                                            Case No.:  1:23-CV-00024-WLC-BDH

David Baker, Adam Boron, F/N/U Kacy,
Lt. F/N/U Harris, Lt. F/N/U Maddox,
F/N/U Scott, Trinity Food Services,

    Defendants.

## PLAINTIFF'S MOTION FOR COPY OF GRIEVANCES AND REQUEST FILED

    I, Carlos M. Farris #391233, am asking for copies of my grievances and request from chaplain David Baker. Lt. F/n/u Brandon Harris & Lt. F/n/u Maddox, Sgt. Donna Marrsitte And Sgt. F/n/u Campbell and Trinity Food Services labeled Kitchen, filed on the kiosk. Last time I had requested these documents I was told I could not receive them on print outs due to my personnel info being on them, but I am entitled to copies of these documents, electronic or otherwise, under the Privacy Act and well as these grievances and my request have proof of the hidden facts of case I have brought before the court. Upon them realizing this the defendants tried to hide the request by changing the responses or removing them completely.

Respectfully submitted,

_____
Carlos M. Farris, #391233
2520 Union Springs Rd.
Whiteville, TN  38075


**Certificate of Service**

    I, Carlos Farris, swear under penalty of perjury, that a true and exact copy of the foregoing was placed inside the outgoing mailbox at Hardeman County Correctional Facility, to be logged and mailed, via U.S. Mail, with sufficient postage for First-Class, on this 13th day of August, 2024, to:

Robyn Beale Williams
12 Cadillac Drive
Suite 480
Brentwood, TN  37027; and

Alexander B. Chosid
1260 Andes Boulevard
St. Louis, MO  63132.

_____
Carlos Farris

RECEIVED
AUG 28 2024
US DISTRICT COURT
MID DIST TENN



Carlos Farris
I/M# 00391233
HCCF/Unit-L/Pod-D/Cell-106
2520 Union Springs Road
Whiteville, TN 39075

Court Clerk
United States District Court
Middle District of Tennessee

719 Church Street
Suite 1300
Nashville, TN 37203

**LEGAL MAIL**