# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

CARLOS M. FARRIS,                          )
                                           )
    Plaintiff,                         )
                                           )    NO. 1:23-cv-00024
v.                                         )
                                           )    JUDGE CAMPBELL
MAURY COUNTY JAIL, et al.,                 )    MAGISTRATE JUDGE HOLMES
                                           )
    Defendants.                        )

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 78) recommending that the Court grant the motion to dismiss filed by Defendant Trinity Services Group (Doc. No. 72), grant the motion for summary judgment filed by Defendants Roger Maddox, David Baker, and Brandon Harris (Doc. No. 73), and dismiss Defendants f/n/u Scott and f/n/u Kacy under Federal Rule of Civil Procedure 4(m) for failure to effect service of process. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. Plaintiff did not respond to the motions or file objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and the record in this case and concludes that the Report and Recommendation should be **ADOPTED** and **APPROVED**. Accordingly, the motion to dismiss filed by Defendant Trinity Services Group (Doc. No. 72) is **GRANTED**, the motion for summary judgment filed by Defendants Roger Maddox, David Baker, and Brandon Harris (Doc. No. 73) is **GRANTED**, Defendants f/n/u Scott and f/n/u Kacy are **DISMISSED WITHOUT PREJUDICE**, and this action is **DISMISSED** in its entirety.

This Order constitutes final judgment for purposes of Federal Rule of Civil Procedure 58.

The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE